# EXHIBIT 1

3/29/22, 8:35 PM                                Gmail - Application Form - Leveraging the business together!

 **Gmail**                                Jamie Shelton <jeshelton595@gmail.com>

## Application Form - Leveraging the business together!
1 message

**Avi Stone** <astone@pmfus.com>                                Tue, May 4, 2021 at 10:41 AM
To: jeshelton595@gmail.com

**Remember:** Do not be upset about getting a lot of funding phone calls every day, you should start to be worried if you won't get them.

In an industry with full scammers and dream sellers - I will provide you a different experience, try me and my words.

It was very nice to speak with you James,
As per our conversation, I'm attaching here the link to fill out the - **Application.**

Equipment Financing (8% APR) / Line of Credit (3% Month) / SBA-7 of the government (6%-10%) are just a part of the ways I can take care of your business.

Feel free to explore our Website and view our variety of products for businesses, our policies due to COVID and more information.

Avi.
--

  **BBB Rating: A+**
As of 3/29/2022
Click for Profile

**Avi Stone - Funding Specialist**
Premium Merchant Funding
55 Water Street, 50th Floor | New York, NY 10004
Tel: (646)583-4425 | Fax: (929)358-7430
Website | Map | Email | Application | Facebook
**Confidentiality and Privilege statement**

**Important Notice from Premium Merchant Funding:** The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify "Avi Stone" immediately at "(646) 583-4425" or by replying to this message and deleting it from your computer.

# **EXHIBIT 2**

5:36

+1 (786) 206-9099 >

Text Message
Thu, Jul 15, 9:18 AM

Let's get straight to the point we both have no time to lose.
We already spoke in the past so it will be very easy for me to boost your cash flow. Is there any current need?
(Avi Stone - Premium Merchant Funding)

Tue, Aug 31, 8:17 AM

Hello how are you?
My manager sent me your details, seems like you generate between $60,000 to $90,000 a month and I have been told that you are looking to boost your cash flow with a same amount.
Is that right? Still relevant?

Mon, Oct 4, 8:03 AM

If you don't have a plan for expansion it should raise a big question mark, but if you do: I have the ability to get you the funds you were looking for with

Text Message

# **EXHIBIT 3**

5:36



+1 (786) 206-9099 >

Tue, Aug 31, 8:17 AM

Hello how are you?
My manager sent me your details, seems like you generate between $60,000 to $90,000 a month and I have been told that you are looking to boost your cash flow with a same amount. Is that right? Still relevant?

Mon, Oct 4, 8:03 AM

If you don't have a plan for expansion it should raise a big question mark, but if you do: I have the ability to get you the funds you were looking for with comfortable terms.
We overtake all our competitors and by a wide margin.
-
Easy Approvals from $50,000 to $5M (Starts from 6% APR!). Try me.
Reply the email address to send you an email with my info and you will see me proving.

Text Message

**5:36**



**+1 (786) 206-9099** ›

Wed, Dec 22, 1:55 PM

9 Days have left (12/31/2021) to request the EIDL Government funds. Don't you wanna get the most lucrative loan in the industry?
-
3.75% APR | Up to 30 Years | $500k Unsecured - $2m Secured | Payments start 3rd year
-
The fastest in the industry. 5 days for approval and 4-6 weeks for depositing the money.
-
Reply the best email to reach you and LET'S GO!

Wed, Dec 29, 8:14 AM

Last Heads-Up!
2 Days left (12/31/2021) to request the EIDL Government funds. Don't you wanna take advantage of the most lucrative loan in the industry?
-
3.75% APR | Up to 30 Years |

Text Message

**5:36**



+1 (786) 206-9099 >

Wed, Dec 29, 8:14 AM

Last Heads-Up!
2 Days left (12/31/2021) to request the EIDL Government funds. Don't you wanna take advantage of the most lucrative loan in the industry?
-
3.75% APR | Up to 30 Years | $500k Unsecured - $2m Secured | Payments start 3rd year
-
The fastest in the industry. 5 days for approval and 4-6 weeks for depositing the money.
-
Reply the best email to reach you and LET'S GO!

Mon, Jan 24, 9:45 AM

Hey Boss - How do you imagine 2022 achievements?
-
$5,000 to $5,000,000 - Line of Credit, Term Loans, Real Estate HUGE Department, Consolidations, SBA Loans,

Text Message

5:36



+1 (786) 206-9099 >

advantage of the most lucrative loan in the industry?
-
3.75% APR | Up to 30 Years | $500k Unsecured - $2m Secured | Payments start 3rd year
-
The fastest in the industry. 5 days for approval and 4-6 weeks for depositing the money.
-
Reply the best email to reach you and LET'S GO!

Mon, Jan 24, 9:45 AM

Hey Boss - How do you imagine 2022 achievements?
-
$5,000 to $5,000,000 - Line of Credit, Term Loans, Real Estate HUGE Department, Consolidations, SBA Loans, Credit Repair & Processing and many more!
-
Reply the best email to reach you at and let's execute big plans.

Text Message

# EXHIBIT 4

3/29/22, 8:41 PM                                Gmail - Archie has your Back!

 Gmail                                    **Jamie Shelton <jeshelton595@gmail.com>**

## Archie has your Back!
4 messages

**Archan Patel <apatel@pmfus.com>**                          Thu, Jan 27, 2022 at 2:42 PM
To: jeshelton595@gmail.com

James,

It was a pleasure speaking with you today, I look forward to being in touch potentially working with you.  I believe there are many financial solutions that we can provide to your business to facilitate growth.

**

At PMF we specialize in alternative lending and venture financing.  Our firm actively provides secured and unsecured debt financing and offers a multitude of financial solutions for SME's

The financial solutions PMF offers are SBA 7a & Express, LOC's, term loans, bridge/mezzanine loans, and asset based lending products.

Please send the following for review:
- Last 3 months business bank statements
- Application (link below)

**Click the blue link for the one page online account form (it is only necessary to fill out fields marked with a red asterisk*):**
http://pmfus.com/patel

--
**Archie Patel**
**Funding Advisor**

**PMF Capital**
55 Water Street, 50th Fl. | New York, NY 10041
Office: (973)-851-3588|
Website | Map | Email

DISCLAIMER: This message is the sole property of PMF Capital, and is intended solely for the use of the individual to whom it is addressed.  It may contain privileged or confidential information and should not be circulated or used for any purpose other than for what it is intended.  If you have received this message in error, please notify the originator immediately. If you are not the intended recipient, you are notified that you are strictly prohibited from using, copying, altering, or disclosing the contents of this message.  PMF Capital accepts no responsibility for loss or damage arising from the use of the information transmitted by this email including damage from computer viruses

**Archan Patel <apatel@pmfus.com>**                          Tue, Feb 1, 2022 at 2:11 PM
To: jeshelton595@gmail.com

James,

It was a pleasure speaking with you today, I look forward to being in touch potentially working with you.  I believe there are many financial solutions that we can provide to your business to facilitate growth.

3/29/22, 8:41 PM                                     Gmail - Archie has your Back!

** 
     At PMF we specialize in alternative lending and venture financing.  Our firm actively provides secured and unsecured debt financing and offers a multitude of financial solutions for SME's
     The financial solutions PMF offers are SBA 7a & Express, LOC's, term loans, bridge/mezzanine loans, and asset based lending products.

Please send the following for review:
- Last 3 months business bank statements
- Application (link below)

**Click the blue link for the one page online account form (it is only necessary to fill out fields marked with a red asterisk*):**
http://pmfus.com/patel
[Quoted text hidden]
[Quoted text hidden]



**Click for Profile**

---

**Jamie Shelton** <jeshelton595@gmail.com>                          Tue, Feb 1, 2022 at 2:39 PM
To: Archan Patel <apatel@pmfus.com>

Archie, no more phone calls please.
[Quoted text hidden]

---

**Archan Patel** <apatel@pmfus.com>                                 Tue, Feb 1, 2022 at 2:44 PM
To: Jamie Shelton <jeshelton595@gmail.com>

I don't understand what happened.
[Quoted text hidden]

# **<u>EXHIBIT 5</u>**



**5:43**

+1 (315) 257-1194 ›

Text Message
Mon, Feb 28, 8:18 AM

James, it's Bryce with Premium. We spoke in regards to purchasing a truck at a price for about 50k. Been trying to get ahold of you, would love to get a quote in front of you. My underwriters are looking to be aggressive to end their month. So I would like to get you something to have locked in for the next month.



Text Message

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE ®

# PRIORITY ® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

- ■ Expected delivery date specified for domestic use.
- ■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
- ■ USPS Tracking® included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 04/04/22

USPS TRACKING® #

9505 5142 4800 2090 6551 25

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



RECEIVED

RECEIVED
APR 4 2022

U.S.M.S. X-RAY

FROM: James Everett Shelton
316 Covered Bridge Rd
King of Prussia, PA 1906

TO: Clerk U.S. District Court
601 Market Street
Room 2609
Philadelphia, PA 1906



U.S. POSTAGE PAID
PME
MONROVIA, CA
91016
MAR 31 22
AMOUNT

1022

$8.95

R2303S1026871-18

19106

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.