**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | CIVIL ACTION |
| | : | |
| **V.** | : | NO.: 22-CV-01346 |
| | : | |
| **PREMIUM MERCHANT FUNDING ONE,** | : | |
| **LLC.** | : | |

**N O T I C E**

    **AND NOW,** on this **13TH** day of **July, 2022,** it is hereby **ORDERED** that within fourteen (14) days of the date of this notice, the parties shall confer, prepare and submit a joint report pursuant to Federal Rule of Civil Procedure 26(f).  The instructions for preparing the joint report are available on Judge Robreno's website and must be followed.  See http://www.paed.uscourts.gov/judges-info/senior-judges/eduardo-c-robreno. **The joint report should be emailed to robrenocorrespondence@paed.uscourts.gov on or before July 27, 2022.**

    Judge Robreno requires that all documents are filed electronically by the attorney using the Electronic Case Filing (ECF) system.  ECF provides greater efficiency and timeliness in the filing of pleadings, automatic e-mail notice of case activity, as well as electronic storage of documents for remote access by the Court, the bar and the litigants. Attorneys appearing before Judge Robreno are required to register as Electronic Case Filing ("ECF") Filing Users at the Office of the Clerk

of Court or at this court's website at **www.paed.uscourts.gov.** **Do not send courtesy copies of pleadings filed electronically to the court.**

A copy of the **"Pretrial and Trial Procedure"** for Judge Robreno is available on this court's web site at **www.paed.uscourts.gov** under the heading **"Documents"** and the subheading **"Judges' Procedures"**.


*/s/ Eduardo C. Robreno*
**Honorable Eduardo C. Robreno**


**CC:    All Parties**